UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SIMON ENRIQUE PEROZO ARVELO ET AL,**

  Petitioner,

v.                               No. 4:25-cv-1468-P

**WARDEN, EDEN DETENTION CENTER ET AL,**

  Respondent.

## ORDER AND NOTICE OF DEFICIENCY

Petitioner, Simon Enrique Perozo Arvelo, acting through his wife as next friend, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. He has not paid the applicable $5.00 filing fee. The Clerk is directed to mail to Petitioner a form Application to Proceed In Forma Pauperis and Certificate of Inmate Trust Account. By January 30, 2026, Petitioner must either pay the $5.00 filing fee or submit the completed application accompanied by certificate of inmate trust account or institutional equivalent. Failure to comply with this order will result in dismissal of the petition for failure to prosecute. FED. R. CIV. P. 41(b).

**SO ORDERED** on this **2nd day of January 2026.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE